IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION


ANNETTE RYAN

(K/N/A KATZ),

       Plaintiff,                    Case No. 1:15 CV 02384

   vs.

ROBERT MCDONALD,

SECRETARY, DEPARTMENT

OF VETERANS' AFFAIRS,

       Defendant.

- - - - -

DEPOSITION OF M.D. GARRETT

Taken on Wednesday, April 12, 2017, at 1:30 p.m.


At the Offices of:

The United States Attorney's Office

801 West Superior Avenue, Suite 400

Cleveland, Ohio  44113


Before Kimberly K. Giel, a Registered Professional Reporter

and Notary Public in and for the State of Ohio


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1           Q.   Mr. Garrett, I'm handing you

2    back your originals.  We've made copies

3    of those and there was another document

4    that was in the front part of your

5    calendar and it said Oral Reply to

6    Proposal for Removal.  We made a copy

7    of that.

8           A.   Okay.

9           Q.   And just so that we can mark

10   these for exhibit purposes, I'm going to

11   ask that we mark the calendar as Exhibit

12   A and your handwritten notes as

13   Exhibit B.

14                     -   -   -   -   -

15       (Thereupon, Deposition Exhibit-A,

16       Exhibit-B, and Exhibit-C

17       were marked for identification.)

18                     -   -   -   -   -

19           Q.   Can you identify Exhibit A

20   for the record please?

21           A.   Exhibit A is a copy of the

22   calendar that I produced with the dates

23   that I had I kept starting on the 16th

24   of March, 2013, through the 3rd of

25   April.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1          Q.   Okay.  And then would you
2     identify what Exhibit B is?
3          A.   Exhibit B is a paper,
4     handwritten out of a time line, dates
5     and time line of incident matching up
6     with the calendar.
7          Q.   And these are documents that
8     were created by you?
9          A.   Yes.
10         Q.   And can you identify for
11    purposes of the record Exhibit C please?
12         A.   Exhibit C was paper I
13    prepared for myself, when I went before
14    the VA hospital board about the thing
15    that they had filed and it was something
16    I need to get, file to get records of
17    for myself and my own records.
18         Q.   Okay.  And then you have
19    some additional documents in front of
20    you which you said were related to your
21    suspension and grievance?
22         A.   Yes.
23         MS. PIZZINO:  Prior to going on
24    I'd like to make an objection on the
25    record regarding Exhibits A, B, and C to


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

1    training record.  Everything that would

2    go, it would go into OPM thing.

3              Q.  And according to Exhibit F

4    on the second page you received training

5    on Prevention of Workplace Harassment,

6    No Fears, on September 7, 2012.  Do you

7    see that notation at the bottom of page

8    2?

9              A.  Yes.

10             Q.  Okay.  Do you recall

11   anything about that training?

12             A.  Yes.

13             Q.  And was that training also

14   done on the computer system?

15             A.  Yes.

16             Q.  What do you recall about

17   your training?

18             A.  My training, when it dealing

19   with harassment was the training gave

20   scenario, what you could do, but it had

21   the dos and don't of harassment.  But

22   also stated too the fact that if someone

23   harassed you, you had a time limit to

24   report it.  You just -- and it was a

25   procedure that you would have to go

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

1    through that the first time you give a
2    person a warning, second time, a step
3    that you would -- they were to report
4    it to the supervisor and the supervisor
5    would bring it.  It was certain steps
6    that you would have to do.  It just --
7    the whole thing was that we had to be
8    prepared for sexual harassment,
9    conversation on the unit, everything
10   that -- for horseplaying around on the
11   unit and stuff.  If anything would have
12   been offensive to you -- might not be
13   offensive have to you, but offensive to
14   someone else.
15           Q.  So what was your
16   understanding of what sexual harassment
17   meant?
18           A.   Sexual harassment was any
19   unwanted, fear of -- having people fear
20   you, unwanted advance, no touching, no
21   -- if you made an employee feel
22   uncomfortable.
23           Q.  And then if you will turn
24   again in Exhibit F to the third page,
25   according to the last entry you received



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1    training for prevention of sexual

2    harassment on May 26, 2010.  Do you

3    recall that training at all?

4              A.  Yes.

5              Q.  Okay.  And was that training

6    similar to the training you received on

7    workplace harassment?

8              A.  Yes.

9              Q.  And if you will go to the

10   next page of Exhibit F, again there's a

11   notation, the second one down that you

12   received training on prevention of

13   sexual harassment on June 13, 2008?

14             MS. PIZZINO:  What page are you

15   on, Renee?

16             MS. BACCHUS:  Third page, Bates

17   stamped 612 at the bottom.

18             MS. PIZZINO:  Which one are you

19   referring to?

20             MS. BACCHUS:  It's the second one

21   on the page.

22   BY MS. BACCHUS:

23             Q.  Do you have any reason to

24   dispute that you received that training,

25   Mr. Garrett?



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

1  harassment before?

2           A.  No.

3               -  -  -  -  -

4      (Thereupon, Deposition Exhibit-G

5        was marked for identification.)

6               -  -  -  -  -

7           Q.  Mr. Garrett, I've handed you

8  what's been marked as Defendant's

9  Exhibit G and it's entitled Prevention

10 of Sexual Harassment and says Presented

11 by Department of Veterans Affairs.  Can

12 you thumb through this and tell me if

13 you received this training?

14          A.  Yes.

15          Q.  Yes, you did receive this

16 training?

17          A.  Yes.

18          MS. PIZZINO:  Objection,

19 foundation.  There's no date on this.

20 It's just a compilation of what appears

21 to be an unpublished undated document

22 that may be a series --

23          MS. BACCHUS:  Your objection is

24 noted.

25          MS. PIZZINO:  Well, let me


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

1    what's been marked as Government's

2    Exhibit L.  This is a statement by

3    Roseann McDevitt and I'm asking have you

4    ever seen this statement before?

5             A.  No.

6             Q.  You didn't see it during

7    your criminal case?

8             A.  No.

9             Q.  Thank you.

10                  -   -   -   -   -

11       (Thereupon, Deposition Exhibit-M

12       was marked for identification.)

13                  -   -   -   -   -

14             Q.  Mr. Garrett, I've handed you

15   what's been marked as Government's

16   Exhibit M.  Do you recognize this

17   document?

18             A.  Yes, I do.

19             Q.  This document is dated March

20   28th, 2013?

21             A.  Yes.

22             Q.  And according to your

23   signature you received it on that date?

24             A.  Yes.

25             Q.  And that is your signature


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1    on the bottom?

2            A.   Yes.

3            Q.   And this notified you that

4    you were being placed on immediate

5    administrative leave?

6            A.   Yes.

7            Q.   And according to paragraph 2

8    you were ordered to remain off duty and

9    off site for the duration of your

10   administrative leave?

11           A.   Yes.

12           Q.   And the period of

13   administrative leave was March 28, 2013,

14   through April 3rd, 2013?

15           A.   Yes.

16           Q.   Okay.   Who gave you this

17   document, sir?

18           A.   Second shift supervisor.

19           Q.   Who was?

20           A.   I don't know his name, he

21   was from the main hospital.  He wasn't

22   the CIC supervisor.

23           Q.   And did you receive Exhibit

24   M before or after meeting with the OIG

25   inspector?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

1          A.   After.

2          Q.   And tell me how it came

3     about that you ended up meeting with the

4     OIG inspector to the best of your

5     knowledge.

6          A.   To the best of my knowledge,

7     it was an incident that happened prior

8     to this happened with -- it was a

9     statement that were made by another

10    staff member, one of the nurses making

11    home wine.  He had a hobby of making

12    home wine.

13         Q.   Who was this nurse?

14         A.   God, I forgot his name

15    because they moved him around.  He was

16    new too.  He came during the same time,

17    maybe a month or two after Ms. Ryan and

18    Ms. McDevitt.

19         Q.   Do you know what his

20    position was?

21         A.   Yeah, he was an RN, worked

22    on the unit.

23         Q.   Can you describe him?

24         A.   A white male, I want to say

25    John, but they know who he is, but I


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1    could be removed or fired for talking to
2    them.  Because if I knew it was -- had
3    was a criminal thing they were talking
4    about, I would have stopped and lawyered
5    up.
6             Q.  So you agreed to talk to
7    them?
8             A.  Yes.
9             Q.  Did they specifically go over
10   the allegations that Ms. Ryan was making
11   against you?
12            A.  No.
13            Q.  They never asked you if you
14   had touched Ms. Ryan?
15            A.  This is exactly how it went
16   down.  They asked me did I know her,
17   and I said, yeah.  And then they told
18   me that Mrs. Ryan had brought a charge
19   of harassment against you.  And my
20   statement, I said, When were these
21   charges made specifically?  He was,
22   like, what difference does it make?  My
23   comment back to him was, Were they made
24   more than 48 hours ago?  And then he
25   was, like, it doesn't matter.  And I'm

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1    saying it does matter if these

2    individual were made 48 hours because

3    within -- something happened the night

4    before on the way home between me, Ms.

5    Ryan, and two other nurses, staff

6    nurses, a conversation when we leaving

7    the ward.

8              Q.   Who were these other staff

9    nurses?

10             A.   Thomas Espinosa and Judy Chu.

11             Q.   And are you saying that you

12   believe that these charges were --

13             A.   They were brought up because

14   of that conversation on the way home.

15             MS. PIZZINO:  I'm just going to

16   object to this ongoing line of

17   questioning as being not relevant to

18   these proceedings.

19             Q.   So they ask you -- they told

20   you that Ms. Ryan had made harassment

21   charges against you?

22             A.   Yes.

23             Q.   Okay.  Did they tell you any

24   of the specifics of the charges?

25             A.   The Inspector General started



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1    asking questions and these questions

2    began so far out and so ridiculous, and

3    the comment because I was wondering why

4    Captain Mitchell was not asking, because

5    I knew him being the VA police.  And he

6    was asking me, well, something like do

7    you find her attractive?  And my

8    statement to him, I don't look at people

9    on the outside.  I'm a nurse, I look at

10   inside.  But what this got to do with

11   when were these charges brought.  That

12   was my comment.  And then he brought up

13   the fact that, well, she got pictures or

14   recording, video recording.  My

15   statement to the Inspector General,

16   well, if she got pictures and video, I'd

17   like to see them because, number one,

18   it's illegal to videotape somebody in

19   the VA.  That's number one.  Number

20   two, if she got pictures that I supposed

21   to take of her, I would love to see

22   those pictures.  I'm not going to answer

23   no questions based on you telling me

24   stuff but you not showing me.

25              Then we went to the -- by my



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH  44308 - 330.253.8119

1    union rep because I will have my union

2    book, I produced my book saying that

3    according to the union I think anything

4    you question me about, I have a right

5    to see it presented. And then that

6    when it got shady when he started

7    saying, well, I have enough evidence

8    that I can take this downtown. Then I

9    told him, well, if you got that kind of

10   evidence, then I don't have to talk to

11   you without an attorney. And everything

12   stopped.

13        Q.   So my question to you is,

14   did he go over the specific allegations

15   that Ms. Ryan was making about the

16   things that you allegedly did to her?

17        A.   No.

18        Q.   So at no point during this

19   interview with OIG Inspector Maslar did

20   you admit to touching Ms. Ryan or trying

21   to kiss Ms. Ryan inappropriately. Is

22   that your testimony?

23        A.   That's my testimony, no, I

24   didn't. And the reason for and I tell

25   you exactly, like I said, each question


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1   he would ask, it was getting ridiculous

2   and ridiculous.  Like who the prettiest

3   girl on your unit?  And my statement

4   was that, look, you supposed to be

5   saying someone made a charge of

6   harassment that I haven't heard from the

7   unit manager, the supervisor, the CLC,

8   all these people and stuff, and then it

9   got to so far as ridiculous as asking

10  me do I have a gun in my car.  And each

11  time he would ask me something stupid

12  and I'd come back with him on the union

13  employee not allowed to carry firearm on

14  the ground.  And that was another reason

15  why I wanted to make him stop, because

16  I'm from Akron.  This black male coming

17  from Akron, if I get pulled over and

18  someone on the radio saying I have a

19  weapon in my car, there could be

20  consequences.  Number two, if the VA

21  police know that somebody had been

22  reported to having a weapon on the

23  ground, they supposed to pull me out of

24  my unit.  It's procedure that have to

25  be followed and that what I was trying


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1    I received this from the union when we

2    had to go after my criminal case were

3    over and done.

4              Q.   Okay.

5              A.   And I had to go back because

6    they was -- until the criminal case was

7    taken care of, I was on suspension --

8    on leave.

9              Q.   I understand.

10             A.   When they come back to

11   release me from the job, they had to

12   turn everything over to the union.  As

13   a matter of fact, the union couldn't

14   even get this statement.

15             Q.   Okay.  We're going to move

16   on.

17                   -   -   -   -   -

18        (Thereupon, Deposition Exhibit-O

19        was marked for identification.)

20                   -   -   -   -   -

21             Q.   Mr. Garrett, I've handed you

22   what's been marked as Government's

23   Exhibit O.  Do you recognize this

24   document?

25             A.   Yes.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1           (Thereupon, Deposition Exhibit-P

2           was marked for identification.)

3                   -   -   -   -   -

4           Q.   Mr. Garrett, I've handed you

5    what's been marked as Government's

6    Exhibit P.  This is a true bill

7    indictment issued by Cuyahoga County

8    Common Pleas Court Criminal Division.

9    This is an indictment against you,

10   correct?

11          A.   Yes.

12          Q.   And you've seen this document

13   before?

14          A.   Yes.

15          Q.   And it appears that you were

16   indicted for I think three counts of

17   gross sexual imposition?

18          A.   Yes.

19          Q.   I'm sorry, five counts of

20   gross sexual imposition and one count of

21   kidnapping from the Common Pleas Court,

22   correct?

23          A.   Yes.

24          Q.   And the charges stemmed from

25   allegations made by Ms. Ryan; is that


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1   correct?

2           A.   Yes.

3           Q.   And eventually you pled

4   guilty to amended charges; is that

5   correct?

6           A.   My attorney, pleaded down

7   from felony to misdemeanor.

8           Q.   Okay.  But you did plead

9   guilty?

10          A.   Yes.  You want to know

11  why I --

12          Q.   Hold on.  Hold on.

13                  -   -   -   -   -

14      (Thereupon, Deposition Exhibit-Q

15       was marked for identification.)

16                  -   -   -   -   -

17          Q.   So Mr. Garrett, I've handed

18  you what's been marked as Government's

19  Exhibit Q.  This is a printout of the

20  docket in Criminal Case 13-574582, State

21  of Ohio versus MD Garrett, which is the

22  same case as resulting from your

23  indictment; is that correct?

24          A.   I'm assuming that's what it

25  is.



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

1          A.   Yeah.

2          Q.   And your indefinite

3    suspension according to paragraph 1 was

4    effective Friday, August 16, 2013?

5          A.   Yes.

6          Q.   And your signature appears

7    on the last page, sir, dated August

8    7, 2013?

9          A.   Yes.

10                    -  -  -  -  -

11        (Thereupon, Deposition Exhibit-T

12        was marked for identification.)

13                    -  -  -  -  -

14        Q.   Mr. Garrett, I've handed you

15   what's been marked as Government's

16   Exhibit T.  It is a letter to you dated

17   May 14, 2014, and the subject is a

18   proposed removal for conduct unbecoming

19   a federal employee arising out of your

20   conviction in the criminal case.  Have

21   you seen this document before?

22        A.   Yes.

23        Q.   And you had an opportunity

24   to present an oral and/or written reply

25   to the charge?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

98

1          A.   Yes.

2          Q.   Did you present any written

3    reply at all?

4          A.   No, we did an oral reply.

5          Q.   And you were represented by

6    a union rep, do you recall?

7          A.   Yes.

8               -    -    -    -    -

9        (Thereupon, Deposition Exhibit-U

10       was marked for identification.)

11              -    -    -    -    -

12         Q.   Mr. Garrett, I've handed you

13   what has been marked as Exhibit U.   It

14   is a letter to you dated July 7, 2014,

15   and it is a notice that you are being

16   removed from your position as a nurse's

17   aide with the VA and the reason was as

18   stated in paragraph 1 of the notice of

19   proposed removal is sustained, and the

20   proposed removal has been previously

21   marked as Government's Exhibit T.   Have

22   you seen this document before?

23         A.   Yes.

24         Q.   Okay.   And did you file a

25   grievance over your removal?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

99

1           A.   No, the union told me that
2    my grievance with the arbitration took
3    the fact of this removal because the
4    arbitration was then three days before
5    my hearing was to take place, and I
6    could not answer anything because I was
7    under court.  As a matter of fact, the
8    arbitration would not take -- told me
9    that they couldn't take my statement
10   because my attorney wasn't there to -- I
11   had to have an attorney that was -- at
12   the arbitration that -- the union was
13   doing one thing, the union would argue
14   in the arbitration, but when I went in
15   there after to hear the case over and
16   done with, then I read my statement
17   before that but it wasn't what I said
18   because by that time I just knew it was
19   over and like I said, wasn't going to
20   sweat it.
21           Q.   You didn't fight your removal
22   from the VA except filing with the
23   union?
24           A.   No, once the arbitration, it
25   was like turn the page on that chapter.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron:  One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119



# Prevent Complications of Diabetes: *Follow the ABC's*

**A** **Hemoglobin A1C**
A1C lab test is done about 2 times per year. It shows your blood sugar control over the past 2 – 3 months. High A1Cs over time increase the risk for complications.
**Goal:** *Less than 7 if you have diabetes*

**B** **Blood Pressure (B/P)**
High B/P makes your heart work harder & increases your risk for heart attack, stroke or kidney disease. Have your blood pressure taken at every visit.
**Goal:** *120/80 or less if you have diabetes*

**C** **Cholesterol**
Elevated cholesterol levels, especially LDL (bad) cholesterol, can cause your blood vessels to narrow and harden. The blood vessels can clog up and lead to a heart attack or stroke. Cholesterol blood test is done at least 1 time per year.
**Goal:** *LDL cholesterol less than 100 if you have diabetes*

 preventionTIP

**Eating balanced meals** with about the same amount of carbohydrates *(starches and fruits)* at each meal will help control blood sugar.

 healthTIP

**Use vegetable oils for baking** and cooking, instead of solid fats like butter, lard and shortening.

# March

Record:
**Minutes Exercised**

Record:
**Blood Pressure**

Record:
**Blood Sugar**

and/or log these on My HealtheVet at: www.myhealth.va.gov

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | | 1 | 2 |



FEBRUARY 2013
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | | |



APRIL 2013
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |



❝ The greatest accomplishment is not in never falling, but in rising again after you fall. ❞
— Vince Lombardi


GOVERNMENT EXHIBIT

Weight _____

| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|
| | | | | | | Weight _____ |

| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|
| | | | | | | started |
| Daylight Saving Time Begins (turn clocks ahead one hour) | | | | | | Weight _____ |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|
| osaAnne Didn't woRk | off | Annette Ask to Switch Day Sunday for Saturday | | Switch Day Dawn Approve | | RoseAnn Talk to me |
| | Call from unit MANAge About A STAFF Member 3:15 - 3:30 | | Spring Begins | | | Weight _____ |

| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|
| Switch Day | | Talk to Supervision About thing on unit Talk to Annette About talking And telling half truth 2 other staff member & me | Annette Seen on ground but no show for work | Talk to unit manage Talk to VA Police Place ON AA | | Weight _____ |

| 31 | | | | | | |
|---|---|---|---|---|---|---|

# Protect Your Heart – Lower Your Cholesterol

**Cholesterol and triglycerides are types of fat in your blood.**



- **LDL** *(called the "bad cholesterol")* and triglycerides are two types of fat that can narrow or block your arteries.

- **HDL** *(called the "good cholesterol")* helps remove fat from your arteries.

Lowering LDL and triglycerides is important for almost everyone. It can help decrease your risk of heart attack and stroke. You can also reduce your risk of a heart attack by raising your good cholesterol. Your "total cholesterol" includes both the good and bad cholesterol in your blood. You need to know both numbers, and your triglyceride level, to understand your risk for hardening of the arteries, heart attack, and stroke.

**You can lower the fat in your blood by:**

- Eating a diet low in fat and cholesterol • Managing your weight
- Adding exercise to your daily routine • If you smoke – STOP NOW!

Start today by eating more fruits, vegetables, and whole grain foods. Switch to low-fat milk, cheese, and yogurt. Walk or do some activity at least 30 minutes a day.

*See Back Page for Cholesterol Guidelines*



**High cholesterol has no signs or symptoms.** Your provider can do a simple blood test to check your levels.



**Drinking alcohol can raise triglycerides.** Drink in moderation.

# April

Record:
**Minutes Exercised**

Record:
**Blood Pressure**

Record:
**Blood Sugar**

and/or log these on My HealtheVet at: www.myhealth.va.gov

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | 1 | 2 | Call Lisa Herman  3 | 4 | 5 | 6 |
| | | |  Receive Call From Beth Report to Akron CBox | | | Weight _____ |

GOVERNMENT
EXHIBIT
B

3-16-13 3:30p - 12m · RoseAnne complaint about Assignment 3 patient
2 Bowel care - Princess had Ø

3-17-13 3.30p-12m. RoseAnne didn't show up for over time

3-18-13 Receive Call from Lisa Herman About staff member
Selling Achotoc Alochol to staff And patient. wanted me
to write a ROC.

3-19-13 Anette wanted to switch a day (Weekend) with me
Saturday for Sunday. Rumor Stated Started About Staff
Not talking to RoseAnne for going to Complaint About the
Weekend (started by RoseAnne)

3-21-13 Dawn made shift change. Annette work my Sunday 3-24-13
And I work her Saturday 3-30-13. I was under the
standing understanding that she need to do this for School.
But, later on that night she stated she was doing It
for to be there to talk to RoseAnne so she wouldn't
Eat Lunch by herself. I let Annette Know it that was
the reason she was doing it I would not have
Change And the Staff need to Stop acting like School Kid

3-23-13 RoseAnne came to me around 6pm saying that Some one
made A statement to her about a comment I make About
her. I stop RoseAnne and told her to bring that
person to me so All 3 of us can talk about the comment
Comment I made in Report. RoseAnne stated that the
remark came from Day Shift so I repeted stated
again to bring that person to me So we can all
get it straghten out.

I knew the comment did not come from day shift because they were only 2 people in the Room ~~I made~~ From day shift when I made the statement. The statement I made was this "If you are working overtime, you have to work the assignment given to you. You can't request for overtime and then complaint about your assignment, then Run to the Unit Manager about it being unfair. We All have the same Amount of resident, ~~and~~ And if you need help Ask for it." the Charge Nurse Agree And told that staff member that the Unit Manager Agree with how she do the Assignment. At No time was RoseAnne McDermott name was ~~said~~ call.

Around 7:45 pm while get my resident in bed RoseAnne Came in the Room (171-B) ~~and~~ And wanted to talk about the comment again so I told her what the statement was And that it had nothing to do with her and we talk About information ❶ she was told About working overtime and I told her what I ~~was~~ knew was told to me About the policy of working overtime And I would check it to make sure if I was wrong.

206

1    CEFARATTI GROUP FILE NO. 20238

2    CASE CAPTION: ANNETTE RYAN (K/N/A KATZ)

3              VS. ROBERT MCDONALD, SECRETARY,

4              DEPARTMENT OF VETERANS' AFFAIRS

5    DEPONENT: M.D. GARRETT

6    DEPOSITION DATE: APRIL 12, 2017

7                    _M.D. Garrett_

8                    (SIGN HERE)

9    The State of Ohio,         )

10   County of Cuyahoga.        )  SS:

11        Before me, a Notary Public in and

12   for said County and State, personally

13   appeared M.D. GARRETT, who acknowledged

14   that he/she did read his/her transcript

15   in the above-captioned matter, listed

16   any necessary corrections on the

17   accompanying errata sheet, and did sign

18   the foregoing sworn statement and that

19   the same is his/her free act and deed.

20        IN TESTIMONY WHEREOF, I have

21   hereunto affixed my name and official

22   seal at _CuyAhoGA CouNty_____ , this _6 TH_

23   day of _JuNE_____ , A.D. 2017

24   _____        _5-1-21_

     CARMEN T. PETRELLO
25   Notary Public                Commission Ex


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119

207

1                    ERRATA SHEET

2    PAGE   LINE              CORRECTION AND REASON

3    .6      3              Moreley        Correct Spelling

4    .

5    .

6    .

7    .

8    .

9    .

10   .

11   .

12   .

13   .

14   .

15   .

16   .

17   .

18   .

19   .

20   .

21   .

22   .

23   .

24   .

25   .



1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: One Cascade Plaza, Suite 905, Akron, OH 44308 - 330.253.8119