EXH. 30

**From:** Thompson, Chris (VHACLE) [mailto:Christine.Thompson5@va.gov]
**Sent:** Thursday, June 06, 2013 3:09 PM
**To:** Pamela D. Kurt
**Subject:** Annette Ryan - discretionary LWOP

Pamela,

Have Annette complete the OPM 71 and her physician should complete the wh-380.  She should but "requesting discretionary LWOP" in the remarks column along with the total number of hours she would like to have.

Both forms should be submitted to her supervisor and they will see that it's put together before forwarding to HR.

# ChristineThompson,
**Employee Labor Relations Assistant**
**HRMS – 05**
**Louis Stokes Cleveland Department of Veterans Affairs Medical Center**
**10701 East Boulevard**
**Cleveland Ohio 44106**
**Office (216) 791-2300 ext. 2170**
**Fax (216) 707-7600**

*Service is our Number One priority and HR considers your feedback important!*
*Please share your experiences with HR by completing the online survey at* How are we doing?

Pamela    Sent: Thursday, June 6, 2013 3:09 PM To:                    Sep 21
D. Kurt    Pamela D. Kurt <pkurt@kurtlawoffice....

Pamela D. Kurt                                            Sep 21

to me