EXH. 31

# Department of Veterans Affairs

# Memorandum

Date: April 1, 2013

From: Associate Chief Nurse, Long Term Care, 118

Subj: Notice: Temporary Change in Work Assignment

To: Annette Ryan, LPN

1. To better align your needs with the needs of the service, it is necessary to temporarily assign you to the Warren Community Based Outpatient Clinic, effective Tuesday, April 2, 2013. Please contact to Mr. David Davidson, Nurse Manager at (440) 357-6740, for your assignment and work schedule. We appreciate your cooperation.

2. If you have any questions or concerns regarding this change, please contact me at extension (2360).

Elizabeth Noelker, RN

I certify receipt of the original and one copy of this letter.

_____
Michael Holt

VA FORM 2105
MAR 1989

Ryan001940 756