# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **ANNETTE RYAN,** | Case No. 1:15-cv-02384 |
| **Plaintiff,** | **Judge Dan Aaron Polster** |
| **vs.** | <u>**STIPULATED DISMISSAL ENTRY**</u> |
| **ROBERT A. MCDONALD,** in his official capacity as **Secretary of the United States Department of Veteran Affairs,** | |
| **Defendant.** | |

The Court held a Mediation on January 29, 2018 that was continued on February 7, 2018, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorney for Plaintiff Elisa P. Pizzino

_____
Attorney for Defendant Renee A. Bacchus

_____
Attorney for Plaintiff Stuart Torch

_____
Attorney for Plaintiff Christina M. Royer

**IT IS SO ORDERED.**

_____          02/07/2018
**Dan Aaron Polster**                              **Date**
**United States District Judge**